# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 18, 2007

133312

ROBERT RICHARDS,
   Plaintiff-Appellant,

v

APV NORTH AMERICAN, INC.,
a Michigan Corporation,
   Defendant-Appellee,

and

LIFE INSURANCE COMPANY OF
NORTH AMERICA,
   Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133312
COA: 262752
Kent CC: 02-001584-CK

   On order of the Court, the application for leave to appeal the January 18, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18, 2007

l0711

            Clerk